# CHARLESTON.

LEE *v.* CITY OF ELKINS.

Submitted September 9, 1924.    Decided September 16, 1924.

APPEAL AND ERROR—*Supreme Court of Appeals Cannot Review Ruling on Demurrer on Certificate, Where Bill Dismissed.*

Where the circuit court sustains a demurrer to a bill and dismisses the bill, the latter order is final and appealable, and this court has no jurisdiction to review the ruling upon the demurrer on certificate, under section 1, chapter 135, Code.

(Appeal and Error, 3 C. J. § 934a [1926 Anno]).

NOTE: Parenthetical references by Editors, C. J.—Cyc. Not part of syllabi.

MEREDITH, PRESIDENT:

The circuit court sustained a demurrer to plaintiff's bill as amended, and the plaintiff, declining to make further amendment, the bill was dismissed. In the same order the court certified for review its ruling upon the demurrer, under section 1, chapter 135, Code. The order of dismissal being final, we have no jurisdiction under the order of certification to determine the question certified. *Heater* v. *Lloyd,* 85 W. Va. 570, 102 S. E. 228; *Gas Company* v. *Shreve,* 90 W. Va. 277, 110 S. E. 714; *Marks* v. *Mitchell,* 90 W. Va. 702, 111 S. E. 763.

Our ruling will be certified to the circuit court.

*Dismissed.*